**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| DEBORAH M. ROSSICK AND JACOB M. GODING INDIVIDUALLY AND AS NATURAL PARENTS OF AYRA R. GODING, A MINOR,<br><br>        Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC. d/b/a ABBOTT NUTRITION; AMAZON.COM, INC.; LAKELAND REGIONAL HEALTH SYSTEMS, INC. d/b/a LAKELAND REGIONAL MEDICAL CENTER; TIMOTHY C. GOMPF, M.D.; AMANDA L. DAVIS, M.D.; CLIFFORD L. WU, M.D.; and THE WATSON CLINIC, LLP,<br><br>        Defendants. | Case No.  8:23-cv-0332-CEH-SPF |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR DEFENDANT ABBOTT LABORATORIES, INC.
d/b/a ABBOTT NUTRITION**

Pursuant to Local Rule 2.02(c), James F. Hurst of the law firm of Kirkland & Ellis LLP, respectfully seeks leave to withdraw as counsel for Defendant Abbott Laboratories, Inc. d/b/a Abbott Nutrition ("Abbott"), and discharging him from any further responsibility to Defendant in the above-styled cause of action. Joshua C. Webb of Hill, Ward & Henderson, P.A. and Michael A. Glick of Kirkland & Ellis LLP have appeared on behalf of Abbott and will continue to serve as counsel for Abbott in this cause.

The undersigned counsel certify that Abbott consents to the withdrawal of James F. Hurst.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Plaintiffs' counsel and certifies that Plaintiffs do not oppose the relief sought in this motion.

Respectfully submitted,

/s/Joshua C. Webb
Joshua C. Webb (FBN: 051679)
joshua.webb@hwhlaw.com
val.taylor@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone (813) 221-3900
Fax (813) 221-2900

Michael A. Glick (admitted *pro hac vice*)
Erin E. Cady (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: 202-389-5000
Fax: 202-389-5200
michael.glick@kirkland.com
erin.cady@kirkland.com

*Attorneys for Abbott Laboratories Inc.*